DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MISTY HOPKINS,**
Appellant,

v.

**BROWARD COUNTY SHERIFF'S OFFICE,**
Appellee.

No. 4D19-3841

[June 25, 2020]

Appeal of a non-final order from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Jeffrey R. Levenson, Judge; L.T. Case No. CACE 19-013501 (09).

Misty Hopkins, Miami Gardens, pro se.

No appearance for appellee.

PER CURIAM.

*Affirmed.*

GERBER, KLINGENSMITH and KUNTZ, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***